585 A.2d 392

TOWN OF MORRISTOWN v. WOMAN'S CLUB
OF MORRISTOWN.

October 10, 1990.

Petition for certification granted. (See 242 *N.J.Super.* 654, 577 *A.*2d 1309)

585 A.2d 393

IN THE MATTER OF ALLEGATIONS AS TO VIOLATIONS OF LAW
AND THE NEW JERSEY ADMINISTRATIVE CODE BY CAR-
MINE FRANCO AND COMPANY, INC., AND CARMINE FRAN-
CO, INDIVIDUALLY AND AS PRESIDENT OF CARMINE
FRANCO AND COMPANY, INC.

October 10, 1990.

Petition for certification denied.

585 A.2d 393

IN THE MATTER OF ALLEGATIONS AS TO VIOLATIONS OF LAW
AND THE NEW JERSEY ADMINISTRATIVE CODE BY CAR-
MINE FRANCO AND COMPANY, INC., AND CARMINE FRAN-
CO, INDIVIDUALLY AND AS PRESIDENT OF CARMINE
FRANCO AND COMPANY, INC.

October 10, 1990.

Cross-petition for certification denied.